AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Zelpha Cooper

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

I, Zelpha Cooper, charged in a ☒ complaint ☐ petition pending in this District with 18 USC conspiracy to commit bank fraud, possession false ID in violation of Title 18, U.S.C., §§ 1028(a), 1349,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

[signature]
*Defendant*

July 18, 2006
*Date*

[signature]
*Counsel for Defendant*