1193402

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
ZELPHA COLLEEN CONYERS,
a/k/a Stella Y. Singleton-Jones
Inglewood, California

## WARRANT FOR ARREST

Case Number: 1:06 M63A

RECEIVED

JUL 1 3 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ZELPHA COLLEEN CONYERS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

conspiring with others to obtain moneys, funds and property owned by and under the custody and control of a financial institution by means of false and fraudulent pretenses, representations and promises, contrary to 18 U.S.C. § 1349, and

knowingly possessing and using without lawful authority a means of identification of another person during and in relation to the felony of conspiracy to commit bank fraud, contrary to 18 U.S.C. § 1028(A),

in violation of Title 18 United States Code, Section(s) 1349; 1028A(a)(1) and (c)(5)

| | |
|---|---|
| LINCOLN D. ALMOND | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 7/13/06 Providence, Rhode Island |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Act on Writ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/13/2006 | Brian McDonald DUSM | [signature] |
| DATE OF ARREST 07/18/2006 | | |